JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SOLEIMAN ZAMANI, | ) | Case No. CV 12-1548 DSF (VBKx) |
|             Plaintiff, | ) | |
| | ) | JUDGMENT OF DISMISSAL |
| v. | ) | |
| | ) | |
| SEQUOIA FINANCIAL SERVICES, | ) | |
|            Defendants. | ) | |
| _____ | ) | |

      The Court having previously issued an Order to Show Cause re Dismissal for Failure to Prosecute, and plaintiff not having timely responded or appeared at the hearing,

      IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 8/14/12

                              _____
                                 DALE S. FISCHER
                        United States District Judge